

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,636-01

### EX PARTE ANDRES EDDIE YBARRA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR54699A IN THE 441ST DISTRICT COURT
### FROM MIDLAND COUNTY

*Per curiam*.

**O R D E R**

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Only the first pages of the habeas court's "Findings of Fact, Conclusions of Law, and Order" and "Order of Affidavit From Paul Williams" are included. All pages are needed.

The district clerk shall either forward to this Court "Findings of Fact, Conclusions of Law, and Order" and "Order of Affidavit From Paul Williams" or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: May 12, 2021
Do not publish